# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LANCE SHARP, | JUDGMENT IN A CIVIL CASE |
| v. |  |
| ANGELO'S PIZZA PARLORS OF AMERICA, et al. | CASE NO: 2:07CV1906 GEB KJM |

**XX** – Clerk's entry of Judgment.  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the parties to this action have notified the court of Notice of Acceptance with Offer of Judgment filed with the court on July 3, 2008.

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT DATED JULY 3, 2008**

                                                        Victoria C. Minor
                                                        Clerk of Court

ENTERED: **July 8, 2008**

                                                _____
                                               by:  /s/ A. Benson
                                                     Deputy Clerk